UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT. HTM INDONESIA, et al.,<br><br>                       Plaintiffs,<br><br>          v.<br><br>ROCKY BRANDS INC.,<br><br>                       Defendant. | 22-CV-9512 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, by **November 1, 2023**, the parties are hereby ORDERED to file on ECF a joint letter updating the Court regarding the status of arbitration.

    SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                                      DALE E. HO
                                           United States District Judge