UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT. HTM INDONESIA, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>ROCKY BRANDS INC.,<br><br>      Defendant. | 22-CV-9512 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  The parties are directed to provide the Court with a joint status update **by January 31, 2024**, and every sixty days thereafter.

SO ORDERED.

Dated: November 2, 2023
     New York, New York

                       DALE E. HO
                 United States District Judge